JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2007

FILED
CLERK'S OFFICE

United States Courts
Southern District of Texas
FILED

DEC 27 2007

Michael N. Milby, Clerk

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-8)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 89 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 14 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Attest to
True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**SCHEDULE CTO-8 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| CALIFORNIA EASTERN | | | | |
| CAE | 1 | 07-1515 | Frank Lapomardo, et al. v. C.R. Bard, Inc., et al. | CA 07-1967 |
| MINNESOTA | | | | |
| MN | 0 | 07-4273 | Tammy A. Laxton v. Davol, Inc., et al. | CA 07-1968 |
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 3 | 07-615 | Margaret Williams v. Davol, Inc., et al. | CA 07-1969 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-3306 | Robin Arsene Bolton v. Davol, Inc., et al. | CA 07-1970 |
| TXS | 4 | 07-3307 | Mary B. Brown v. Davol, Inc., et al. | CA 07-1971 |
| TXS | 4 | 07-3308 | Diana M. Burton v. Davol, Inc., et al. | CA 07-1972 |
| TXS | 4 | 07-3309 | Rita D. Chandler v. Davol, Inc., et al. | CA 07-1973 |
| TXS | 4 | 07-3310 | William J. Isch v. Davol, Inc., et al. | CA 07-1974 |
| TXS | 4 | 07-3311 | Barbara S. Kendall v. Davol, Inc., et al. | CA 07-1975 |
| TXS | 4 | 07-3312 | David A. Leis v. Davol, Inc., et al. | CA 07-1976 |
| TXS | 4 | 07-3313 | James B. Samuel v. Davol, Inc., et al. | CA 07-1977 |
| TXS | 4 | 07-3314 | Deanne P. Turco v. Davol, Inc., et al. | CA 07-1978 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-8)**

David Willis Alexander
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Edward Baxter Chatoian
Law Offices of Edward B. Chatoian
2607 Fresno Street
Fresno, CA 93721

Wayne Dowdy
Dowdy & Cockerham
P.O. Box 30
Magnolia, MS 39652

Thomas M. Frieder
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Joe G. Hollingsworth
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
Charles H. Johnson & Associates, PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Donald A. Migliori
Motley Rice, LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Robert H. Pedersen
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-8)**

Hon. Anthony W. Ishii
U.S. District Judge
United States District Court
2500 Tulare Street
Room 1501
Fresno, CA 93721-1318

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Daniel P. Jordan, III
U.S. District Judge
110 James O. Eastland United States Courthouse
245 East Capitol Street
Jackson, MS 39201-2409

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED CLERKS LIST (CTO-8)**

Jack L. Wagner, Clerk
5000 United States Courthouse
1130 O Street
Fresno, CA 93721

Richard Sletten, Clerk
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

STAYED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-03309
# Internal Use Only

Chandler v. Davol, Inc. et al
Assigned to: Judge Ewing Werlein, Jr
Lead case: 4:07-cv-02002
Member cases:

4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767
4:07-cv-02903
4:07-cv-02919
4:07-cv-03120
4:07-cv-03123

Date Filed: 10/09/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

4:07-cv-03125
4:07-cv-03126
4:07-cv-03130
4:07-cv-03131
4:07-cv-03133
4:07-cv-03249
4:07-cv-03250
4:07-cv-03306
4:07-cv-03307
4:07-cv-03308
4:07-cv-03309
4:07-cv-03310
4:07-cv-03311
4:07-cv-03312
4:07-cv-03313
4:07-cv-03314
4:07-cv-03444
4:07-cv-03445

Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-Personal Injury

**Plaintiff**

| | | |
|---|---|---|
| **Rita D. Chandler** | represented by | **David Willis Alexander**<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926<br>Fax: 281-538-6292<br>Email: info@davidalexanderlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Davol, Inc.** | represented by | **D Mitchell McFarland**<br>500 Dallas Street<br>Ste 2600<br>Houston, Tx 77002<br>713-843-7900<br>Fax: 713-843-7901<br>Email:<br>mitch.mcfarland@harrisonbettis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3101999) filed by Rita D. Chandler. (Attachments: # 1 Civil Cover Sheet Chandler, Rita D.)(Alexander, David) (Entered: 10/09/2007) |
| 10/10/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 2/22/2008 at 02:15 PM in Room 11521 before Judge Ewing Werlein, Jr.( Judge Ewing Werlein, Jr ) Parties notified.(blacy, ) (Entered: 10/10/2007) |
| 10/23/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(mmapps, ) (Entered: 10/23/2007) |
| 10/24/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Chandler, Rita D., filed.(Alexander, David) (Entered: 10/24/2007) |
| 11/08/2007 | 4 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 11/1/2007, answer due 11/21/2007, filed.(rvazquez, ) (Entered: 11/09/2007) |
| 11/08/2007 | 5 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 11/1/2007, answer due 11/21/2007, filed.(smurdock, ) (Entered: 11/09/2007) |
| 11/21/2007 | 6 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by all defendants, filed. Motion Docket Date 12/11/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order Unopposed Motion to Stay)(McFarland, D) (Entered: 11/21/2007) |
| 11/26/2007 | 7 | ORDER STAYING CASE granting 6 Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL*.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(jhancock) (Entered: 11/26/2007) |

**TRUE COPY I CERTIFY**
**ATTEST:**
**MICHAEL N. MILBY, Clerk of Court**
**By** ______ **Deputy Clerk**